IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MIKE SARGEANT and RYAN FUNKE,<br><br>Plaintiffs,<br><br>v.<br><br>DON BELL, in his individual and official capacities, LAKE COUNTY SHERIFF'S OFFICE, LAKE COUNTY and JOHN DOES 1-5, in their individual and official capacities,<br><br>Defendants. | Case No. CV-15-116-M-DLC-RWA<br><br>**O R D E R** |

The Clerk of Court, by letter dated October 25, 2016, informed the Court that Joshua Van de Wetering, counsel for Plaintiffs, was transferred to inactive status with the State Bar of Montana. Such inactive status precludes him from appearing in this case. L.R. 83.1(b)(1).

Therefore, IT IS HEREBY ORDERED that Mr. Van de Wetering shall, on or before November 14, 2016, advise the Court whether he has been returned to active status. If not, Mr. Van de Wetering and Plaintiffs shall arrange for the substitution of new counsel by November 14, 2016.

Done and dated in Butte this 28th day of October, 2016.

    /s/ Richard W. Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE

1