UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MIKE SARGEANT and RYAN FUNKE, | Case No. CV-15-116-M-DLC |
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| DON BELL, in his individual and official capacities, et al. | |
| Defendants. | |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff in accordance with the Order issued on today's date.

     Dated this 26th day of May, 2017.

                     TYLER P. GILMAN, CLERK

                     By: /s/ A.S. Goodwin
                     A.S. Goodwin, Deputy Clerk